# Court of Appeals, State of Michigan

## ORDER

Department of Health and Human Services v Genesee Circuit Judge

Docket No.    334491

LC No.    16-000000-AZ

Kirsten Frank Kelly
Presiding Judge

Elizabeth L. Gleicher

Douglas B. Shapiro

Judges

The Court, on its own motion, gives the opinion issued with this order immediate effect, MCR 7.215(F)(2).

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 20 2016

Date

Chief Clerk